CO-386-online<br>10/03

# United States District Court
# For the District of Columbia

Uniboard Canada, Inc.
           )
           )
           )
           )
      Plaintiff  )  Civil Action No. _____
vs         )
           )
Unilin Beheer B.V.  )
           )
           )
      Defendant  )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Uniboard Canada, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Uniboard Canada, Inc.__ which have any outstanding securities in the hands of the public:

   Pfleiderer AG

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_(signature)_
Signature

D.C. Bar No. 366746
BAR IDENTIFICATION NO.

Richard L. Brusca
Print Name

1440 New York Avenue, N.W.
Address

Washington,   D.C.   20005
City          State  Zip Code

(202) 371-7000
Phone Number