## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNIBOARD CANADA, INC.<br>2540 Daniel-Johnson Blvd, Suite 500<br>LAVAL, Quebec<br>H7T 2S3<br>Canada<br>           Plaintiff,<br><br>v.<br><br>UNILIN BEHEER B.V.<br>Hoogeveenenweg 28<br>2913 LV Nieuwerkerk Ad Ijssel<br>Netherlands<br>           Defendant. | Civil Action No. 1:08-cv-00399-RCL<br><br>JURY DEMANDED |
| UNILIN BEHEER B.V.<br>Hoogeveenenweg 28<br>2913 LV Nieuwerkerk Ad Ijssel<br>Netherlands, and<br><br>FLOORING INDUSTRIES LTD., SARL<br>10b rue des Merovingiens<br>ZI Bourmicht<br>L-8070 Bertrange<br>Luxembourg<br>           Counterclaim Plaintiffs,<br><br>v.<br><br>UNIBOARD CANADA, INC.<br>2540 Daniel-Johnson Blvd, Suite 500<br>LAVAL, Quebec<br>H7T 2S3<br>Canada<br>           Counterclaim Defendant. | |

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for Unilin Beheer B.V. and Flooring Industries Ltd., sarl, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Unilin Beheer B.V. and Flooring Industries Ltd., sarl, which have any outstanding securities in the hands of the public: Mohawk Industries, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

David P. Murray
Attorney for Defendant/Counterclaim Plaintiffs
 Unilin Beheer B.V. and
 Flooring Industries Ltd., sarl
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 303-1000
Facsimile: (202) 303-2000
E-mail: dmurray@willkie.com
D.C. Bar No. 401158

John M. DiMatteo
Steven H. Reisberg
Leslie M Spencer
David D. Lee
Fara S. Sunderji
Ketan Pastakia
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111