UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNIBOARD CANADA, INC., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| UNILIN BEHEER B.V., | ) ) | |
| Defendant. | ) ) | Civil Action No. 08-399 (RCL) |
| UNILIN BEHEER B.V. and FLOORING INDUSTRIES LTD., SARL, | ) ) ) | |
| Counterclaim Plaintiffs, | ) ) | |
| v. | ) ) | |
| UNIBOARD CANADA, INC., | ) ) | |
| Counterclaim Defendant. | ) ) | |

## ORDER

Defendant Unilin Beheer B.V. has filed an answer. Therefore, a Local Rule 16.3 Conference shall be held within 15 days of this date between plaintiff and defendant. Within 14 days thereafter, and in accordance with Local Rule 16.3(d), the parties shall jointly submit the following: (1) a written report outlining the discovery plan; and (2) a proposed scheduling order.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on April 17, 2008.