IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNIBOARD CANADA, INC. )<br>2540 Daniel-Johnson Blvd, Suite 500 )<br>LAVAL, Quebec )<br>H7T 2S3 )<br>Canada )<br>                        Plaintiff, )<br>   )<br>v.   )<br>   )<br>UNILIN BEHEER B.V. )<br>Hoogeveenenweg 28 )<br>2913 LV Nieuwerkerk Ad Ijssel )<br>Netherlands )<br>                        Defendant. )<br>_____ )<br>UNILIN BEHEER B.V. )<br>Hoogeveenenweg 28 )<br>2913 LV Nieuwerkerk Ad Ijssel )<br>Netherlands, and )<br>   )<br>FLOORING INDUSTRIES LTD., SARL )<br>10b rue des Merovingiens )<br>ZI Bourmicht )<br>L-8070 Bertrange )<br>Luxembourg )<br>                        Counterclaim Plaintiffs, )<br>   )<br>v.   )<br>   )<br>UNIBOARD CANADA, INC. )<br>2540 Daniel-Johnson Blvd, Suite 500 )<br>LAVAL, Quebec )<br>H7T 2S3 )<br>Canada )<br>                        Counterclaim Defendant. )<br>_____ ) | Civil Action No. 1:08-cv-00399-RCL<br><br>JURY DEMANDED |

## CONSENT MOTION FOR EUGENE L. CHANG TO APPEAR *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d), Defendant/Counterclaim Plaintiff Unilin

Beheer B.V. and Counterclaim Plaintiff Flooring Industries Ltd., sarl

("Defendant/Counterclaim Plaintiffs"), by and through their undersigned counsel, David P. Murray, a member of the Bar of this Court, respectfully move that Fara S. Sunderji be admitted *pro hac vice* in the above-captioned case.

In support of this motion, the undersigned represents:

1. Eugene L. Chang is a member of the law firm of Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019-6099; telephone (212) 728-8000.

2. Mr. Chang is a member in good standing of the Bar of the State of New York. He is also admitted to practice before the United States Supreme Court, the United States Courts of Appeals for the Second and Federal Circuits, the United States District Courts for the Eastern and Southern Districts of New York, and the Eastern District of Michigan. He has not been disciplined by any bar.

3. Mr. Chang has not been admitted *pro hac vice* in this Court within the last two years.

4. Pursuant to Local Civil Rule 7(m), I conferred with counsel for Plaintiff/Counterclaim Defendant Uniboard Canada, Inc. and am authorized to state that this motion is unopposed.

WHEREFORE, Defendant/Counterclaim Plaintiffs, by and through their undersigned counsel, move that this Court enter an Order permitting Eugene L. Chang to appear *pro hac vice* in the above-captioned lawsuit.

- 3 -

Washington, D.C.
May 8, 2008

*[signature: David P. Murray]*
David P. Murray (D.C. Bar No. 401158)
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, D.C. 20006-1238
Telephone: 202-303-1000
Facsimile: 202-303-2000
Email: dmurray@willkie.com

*Attorney for Defendant/Counterclaim Plaintiffs Unilin Beheer B.V. and Flooring Industries Ltd., sarl*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNIBOARD CANADA, INC.<br>2540 Daniel-Johnson Blvd, Suite 500<br>LAVAL, Quebec<br>H7T 2S3<br>Canada<br>    Plaintiff,<br><br>v.<br><br>UNILIN BEHEER B.V.<br>Hoogeveenenweg 28<br>2913 LV Nieuwerkerk Ad Ijssel<br>Netherlands<br>    Defendant.<br>UNILIN BEHEER B.V.<br>Hoogeveenenweg 28<br>2913 LV Nieuwerkerk Ad Ijssel<br>Netherlands, and<br><br>FLOORING INDUSTRIES LTD., SARL<br>10b rue des Merovingiens<br>ZI Bourmicht<br>L-8070 Bertrange<br>Luxembourg<br>    Counterclaim Plaintiffs,<br><br>v.<br><br>UNIBOARD CANADA, INC.<br>2540 Daniel-Johnson Blvd, Suite 500<br>LAVAL, Quebec<br>H7T 2S3<br>Canada<br>    Counterclaim Defendant. | Civil Action No. 1:08-cv-00399-RCL<br><br>JURY DEMANDED |

## **DECLARATION OF EUGENE L. CHANG**

I, EUGENE L. CHANG, declare as follows pursuant to Local Civil Rule 83.2(d):

1. I am a member of the law firm of Willkie Farr & Gallagher LLP.

2.      My office address is 787 Seventh Avenue, New York, NY 10019-6099. My office telephone number is (212) 728-8000; my office facsimile number is (212) 728-8111.

3.      I am a member in good standing of the Bar of the State of New York. I am also admitted to practice before the United States Supreme Court, United States Courts of Appeals for the Second and Federal Circuits, and the United States District Courts for the Southern District of New York, the Eastern District of New York, and the Eastern District of Michigan.

4.      I have not been disciplined by any bar.

5.      I have not been admitted *pro hac vice* in this Court within the last two years.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 6th day of May, 2008, in New York, NY.

_____
Eugene L. Chang
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY  10019-6099
Telephone:  212-728-8000
Facsimile:  212-728-8111

*Attorney for Defendant/Counterclaim Plaintiffs Unilin Beheer B.V. and Flooring Industries Ltd., sarl*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNIBOARD CANADA, INC.<br>2540 Daniel-Johnson Blvd, Suite 500<br>LAVAL, Quebec<br>H7T 2S3<br>Canada<br>    Plaintiff,<br><br>v.<br><br>UNILIN BEHEER B.V.<br>Hoogeveenenweg 28<br>2913 LV Nieuwerkerk Ad Ijssel<br>Netherlands<br>    Defendant.<br>_____<br>UNILIN BEHEER B.V.<br>Hoogeveenenweg 28<br>2913 LV Nieuwerkerk Ad Ijssel<br>Netherlands, and<br><br>FLOORING INDUSTRIES LTD., SARL<br>10b rue des Merovingiens<br>ZI Bourmicht<br>L-8070 Bertrange<br>Luxembourg<br>    Counterclaim Plaintiffs,<br><br>v.<br><br>UNIBOARD CANADA, INC.<br>2540 Daniel-Johnson Blvd, Suite 500<br>LAVAL, Quebec<br>H7T 2S3<br>Canada<br>    Counterclaim Defendant. | Civil Action No. 1:08-cv-00399-RCL<br><br>JURY DEMANDED |

**PROPOSED ORDER**

Pursuant to Local Civil Rule 83.2(d), the consent motion for pro hac vice admission of Eugene L. Chang is hereby GRANTED.

- 2 -

Dated this _____ day of _____, 2008.

_____
United States District Judge

- 2 -