**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNIBOARD CANADA, INC.<br>2540 Daniel-Johnson Blvd, Suite 500<br>LAVAL, Quebec<br>H7T 2S3<br>Canada<br>　　　　　　　Plaintiff,<br><br>v.<br><br>UNILIN BEHEER B.V.<br>Hoogeveenenweg 28<br>2913 LV Nieuwerkerk Ad Ijssel<br>Netherlands<br>　　　　　　　Defendant.<br><br>UNILIN BEHEER B.V.<br>Hoogeveenenweg 28<br>2913 LV Nieuwerkerk Ad Ijssel<br>Netherlands<br><br>FLOORING INDUSTRIES LTD., SARL<br>10b rue des Merovingiens<br>ZI Bourmicht<br>L-8070 Bertrange<br>Luxembourg<br>　　　　　　　Counterclaim Plaintiffs,<br><br>v.<br><br>UNIBOARD CANADA, INC.<br>2540 Daniel-Johnson Blvd, Suite 500<br>LAVAL, Quebec<br>H7T 2S3<br>Canada<br>　　　　　　　Counterclaim Defendant. | Civil Action No. 1:08-cv-00399-RCL<br><br>JURY DEMANDED |

**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

2

Pursuant to Local Civil Rule 83.2(d), Plaintiff/Counterclaim Defendant Uniboard Canada, Inc. ("Plaintiff/Counterclaim Defendant"), by and through their undersigned counsel, Richard L. Brusca, a member of the Bar of this Court, moves for the Admission *Pro Hac Vice* of James L. Leonard, Jr. in the above-captioned case.

Dated: May 28, 2008                                             Respectfully submitted,

/s/ Richard L. Brusca

Richard L. Brusca
D.C. Bar No. 366746
SKADDEN, ARPS, SLATE
   MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000
rbrusca@skadden.com

***Counsel for Uniboard Canada, Inc.***

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNIBOARD CANADA, INC.<br>2540 Daniel-Johnson Blvd, Suite 500<br>LAVAL, Quebec<br>H7T 2S3<br>Canada<br>　　　　　　Plaintiff,<br><br>v.<br><br>UNILIN BEHEER B.V.<br>Hoogeveenenweg 28<br>2913 LV Nieuwerkerk Ad Ijssel<br>Netherlands<br>　　　　　　Defendant. | Civil Action No. 1:08-cv-00399-RCL<br><br>JURY DEMANDED |
| UNILIN BEHEER B.V.<br>Hoogeveenenweg 28<br>2913 LV Nieuwerkerk Ad Ijssel<br>Netherlands<br><br>FLOORING INDUSTRIES LTD., SARL<br>10b rue des Merovingiens<br>ZI Bourmicht<br>L-8070 Bertrange<br>Luxembourg<br>　　　　　　Counterclaim Plaintiffs,<br><br>v.<br><br>UNIBOARD CANADA, INC.<br>2540 Daniel-Johnson Blvd, Suite 500<br>LAVAL, Quebec<br>H7T 2S3<br>Canada<br>　　　　　　Counterclaim Defendant. | |

**DECLARATION OF JAMES L. LEONARD, JR. IN SUPPORT
OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

I, JAMES L. LEONARD, JR., declare as follows pursuant to Local Civil Rule 83.2(d):

1. I am a member of the law firm Skadden, Arps, Slate, Meagher & Flom LLP.

2. My office address is Four Times Square, New York, NY 10036. My office telephone number is (212) 735-3000.

3. I am a member in good standing of the Bar of the State of New York and admitted to appear before the United States District Court for the District of Massachusetts, the Eastern and Southern Districts of New York and the Eastern District of Wisconsin.

4. I am a member in good standing of all of the aforementioned courts and have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I am not engaged in the practice of law from an office in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of May, 2008.

*[signature]*

James L. Leonard, Jr.
SKADDEN, ARPS, SLATE
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000
jaleonar@skadden.com

*Attorney for Plaintiff/Counterclaim Defendant Uniboard Canada, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNIBOARD CANADA, INC.<br>2540 Daniel-Johnson Blvd, Suite 500<br>LAVAL, Quebec<br>H7T 2S3<br>Canada<br>　　　　　Plaintiff,<br><br>v.<br><br>UNILIN BEHEER B.V.<br>Hoogeveenenweg 28<br>2913 LV Nieuwerkerk Ad Ijssel<br>Netherlands<br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:08-cv-00399-RCL<br><br>JURY DEMANDED |
| UNILIN BEHEER B.V.<br>Hoogeveenenweg 28<br>2913 LV Nieuwerkerk Ad Ijssel<br>Netherlands<br><br>FLOORING INDUSTRIES LTD., SARL<br>10b rue des Merovingiens<br>ZI Bourmicht<br>L-8070 Bertrange<br>Luxembourg<br>　　　　　Counterclaim Plaintiffs,<br><br>v.<br><br>UNIBOARD CANADA, INC.<br>2540 Daniel-Johnson Blvd, Suite 500<br>LAVAL, Quebec<br>H7T 2S3<br>Canada<br>　　　　　Counterclaim Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |

**PROPOSED ORDER**

2

Pursuant to Local Civil Rule 83.2(d), the consent motion for Admission *Pro Hac Vice* of James L. Leonard, Jr. is hereby GRANTED.

Dated this \_\_\_\_ day of _____ , 2008.

_____
United States District Judge