**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNIBOARD CANADA, INC. )<br>2540 Daniel-Johnson Blvd, Suite 500 )<br>LAVAL, Quebec )<br>H7T 2S3 )<br>Canada )<br>                   Plaintiff, )<br>)<br>v. )<br>)<br>UNILIN BEHEER B.V. )<br>Hoogeveenenweg 28 )<br>2913 LV Nieuwerkerk Ad Ijssel )<br>Netherlands )<br>                 Defendant. )<br>)<br>UNILIN BEHEER B.V. )<br>Hoogeveenenweg 28 )<br>2913 LV Nieuwerkerk Ad Ijssel )<br>Netherlands )<br>)<br>FLOORING INDUSTRIES LTD., SARL )<br>10b rue des Merovingiens )<br>ZI Bourmicht )<br>L-8070 Bertrange )<br>Luxembourg )<br>               Counterclaim Plaintiffs, )<br>)<br>v. )<br>)<br>UNIBOARD CANADA, INC. )<br>2540 Daniel-Johnson Blvd, Suite 500 )<br>LAVAL, Quebec )<br>H7T 2S3 )<br>Canada )<br>               Counterclaim Defendant. )<br>) | Civil Action No. 1:08-cv-00399-RCL<br><br>JURY DEMANDED |

**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to Local Civil Rule 83.2(d), Plaintiff/Counterclaim Defendant Uniboard Canada, Inc. ("Plaintiff/Counterclaim Defendant"), by and through their undersigned counsel, Richard L. Brusca, a member of the Bar of this Court, moves for the Admission *Pro Hac Vice* of Rachel R. Blitzer in the above-captioned case.

Dated: May 28, 2008                         Respectfully submitted,

                                            /s/ Richard L. Brusca

                                            Richard L. Brusca
                                            D.C. Bar No. 366746
                                            SKADDEN, ARPS, SLATE
                                              MEAGHER & FLOM LLP
                                            1440 New York Avenue, N.W.
                                            Washington, D.C. 20005
                                            (202) 371-7000
                                            rbrusca@skadden.com

                                            **Counsel for Uniboard Canada, Inc.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNIBOARD CANADA, INC.<br>2540 Daniel-Johnson Blvd, Suite 500<br>LAVAL, Quebec<br>H7T 2S3<br>Canada<br>　　　　　Plaintiff,<br><br>v.<br><br>UNILIN BEHEER B.V.<br>Hoogeveenenweg 28<br>2913 LV Nieuwerkerk Ad Ijssel<br>Netherlands<br>　　　　　Defendant. | Civil Action No. 1:08-cv-00399-RCL<br><br>JURY DEMANDED |
| UNILIN BEHEER B.V.<br>Hoogeveenenweg 28<br>2913 LV Nieuwerkerk Ad Ijssel<br>Netherlands<br><br>FLOORING INDUSTRIES LTD., SARL<br>10b rue des Merovingiens<br>ZI Bourmicht<br>L-8070 Bertrange<br>Luxembourg<br>　　　　　Counterclaim Plaintiffs,<br><br>v.<br><br>UNIBOARD CANADA, INC.<br>2540 Daniel-Johnson Blvd, Suite 500<br>LAVAL, Quebec<br>H7T 2S3<br>Canada<br>　　　　　Counterclaim Defendant. | |

**DECLARATION OF RACHEL R. BLITZER IN SUPPORT
OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

I, RACHEL R. BLITZER, declare as follows pursuant to Local Civil Rule 83.2(d):

1. I am a member of the law firm Skadden, Arps, Slate, Meagher & Flom LLP.

2. My office address is Four Times Square, New York, NY 10036. My office telephone number is (212) 735-3000.

3. I am a member in good standing of the Bar of the State of New York.

4. I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I am not engaged in the practice of law from an office in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of May, 2008.

Rachel R. Blitzer
SKADDEN, ARPS, SLATE
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000
rblitzer@skadden.com

*Attorney for Plaintiff/Counterclaim Defendant Uniboard Canada, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNIBOARD CANADA, INC.<br>2540 Daniel-Johnson Blvd, Suite 500<br>LAVAL, Quebec<br>H7T 2S3<br>Canada<br>                 Plaintiff,<br><br>v.<br><br>UNILIN BEHEER B.V.<br>Hoogeveenenweg 28<br>2913 LV Nieuwerkerk Ad Ijssel<br>Netherlands<br>                 Defendant. | Civil Action No. 1:08-cv-00399-RCL<br><br>JURY DEMANDED |
| UNILIN BEHEER B.V.<br>Hoogeveenenweg 28<br>2913 LV Nieuwerkerk Ad Ijssel<br>Netherlands<br><br>FLOORING INDUSTRIES LTD., SARL<br>10b rue des Merovingiens<br>ZI Bourmicht<br>L-8070 Bertrange<br>Luxembourg<br>                 Counterclaim Plaintiffs,<br><br>v.<br><br>UNIBOARD CANADA, INC.<br>2540 Daniel-Johnson Blvd, Suite 500<br>LAVAL, Quebec<br>H7T 2S3<br>Canada<br>                 Counterclaim Defendant. | |

**PROPOSED ORDER**

Pursuant to Local Civil Rule 83.2(d), the consent motion for Admission *Pro Hac Vice* of Rachel R. Blitzer is hereby GRANTED.

Dated this \_\_\_\_ day of _____ , 2008.

_____
United States District Judge