**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNIBOARD CANADA, INC.<br>2540 Daniel-Johnson Blvd, Suite 500<br>LAVAL, Quebec<br>H7T 2S3<br>Canada<br>　　　　　　　Plaintiff,<br><br>v.<br><br>UNILIN BEHEER B.V.<br>Hoogeveenenweg 28<br>2913 LV Nieuwerkerk Ad Ijssel<br>Netherlands<br>　　　　　　　Defendant.<br>_____<br>UNILIN BEHEER B.V.<br>Hoogeveenenweg 28<br>2913 LV Nieuwerkerk Ad Ijssel<br>Netherlands<br><br>FLOORING INDUSTRIES LTD., SARL<br>10b rue des Merovingiens<br>ZI Bourmicht<br>L-8070 Bertrange<br>Luxembourg<br>　　　　　　　Counterclaim Plaintiffs,<br><br>v.<br><br>UNIBOARD CANADA, INC.<br>2540 Daniel-Johnson Blvd, Suite 500<br>LAVAL, Quebec<br>H7T 2S3<br>Canada<br>　　　　　　　Counterclaim Defendant. | Civil Action No. 1:08-cv-00399-RCL |

**SCHEDULING ODER**

The Court, having considered the parties' positions, hereby enters the following order regarding conduct of discovery and trial in this matter:

## SCHEDULE

|   | Type of Discovery | Dates |
|---|---|---|
| 1 | Exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) | June 6, 2008 |
| 2 | Exchange privilege logs | September 12, 2008 |
| 3 | Except for good cause shown, motions to amend pleadings/join additional parties to be filed no later than | October 31, 2008 |
| 4 | Unilin Beheer and Flooring Industries identify asserted patent claims | October 31, 2008 |
| 5 | Exchange of preliminary contentions (Uniboard serves preliminary non-infringement and invalidity contentions; Unilin Beheer and Flooring Industries serve preliminary infringement contentions) | November 21, 2008 |
| 6 | Meet and confer regarding claim terms to be construed | December 5, 2008 |
| 7 | Parties exchange opening *Markman* patent claim construction briefs | January 23, 2009 |
| 8 | Parties exchange responsive *Markman* briefs | February 27, 2009 |
| 9 | *Markman* hearing | To be scheduled by the Court |
| 10 | Service of affirmative expert reports on behalf of party with burden of proof on claim or defense | 60 days following the Court's ruling on *Markman* issues |
| 11 | Service of rebuttal expert reports | 60 days following service of affirmative expert reports (Step 10) |
| 12 | Fact and Expert discovery completed | 30 days following service of rebuttal expert reports (Step 11) |

| | Type of Discovery | Dates |
|---|---|---|
| 13 | Exchange of final contentions (Uniboard serves final invalidity contentions; Unilin Beheer and Flooring Industries serve final infringement contentions) | 15 days following close of fact and expert discovery (Step 12) |
| 14 | Dispositive motions and Opening papers to be served and filed no later than | 30 days after service of final contentions (Step 13) |
| 15 | Opposition papers to be served and filed no later than | 30 days after service of opening papers (Step 14) |
| 16 | Reply papers to be served and filed no later than | 15 days after service of opposition papers (Step 15) |
| 17 | All Pretrial Submissions, including (1) the Joint Pretrial Order, (2) Jury Instructions, and (3) Motions in Limine | 30 days after service of reply papers (Step 16) or 30 days following decision of any dispositive motion, whichever is later |
| 18 | Trial Ready | 30 days after pretrial submissions (Step 17) or 45 days following decision of any dispositive motion, whichever is later; trial to be held on 48 hours notice |

Notwithstanding the deadlines set forth herein, any party may seek to amend the schedule for good cause shown.

SO ORDERED.                                   _____/s/_____
                                              The Honorable Royce C. Lamberth
                                              United States District Court Judge

Date: June 3, 2008