IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNIBOARD CANADA, INC.<br>2540 Daniel-Johnson Blvd, Suite 500<br>LAVAL, Quebec<br>H7T 2S3<br>Canada<br>　　　　　Plaintiff,<br><br>v.<br><br>UNILIN BEHEER B.V.<br>Hoogeveenenweg 28<br>2913 LV Nieuwerkerk Ad Ijssel<br>Netherlands<br>　　　　　Defendant. | Civil Action No. 1:08-cv-00399-RCL<br><br>JURY DEMANDED |
| UNILIN BEHEER B.V.<br>Hoogeveenenweg 28<br>2913 LV Nieuwerkerk Ad Ijssel<br>Netherlands, and<br><br>FLOORING INDUSTRIES LTD., SARL<br>10b rue des Merovingiens<br>ZI Bourmicht<br>L-8070 Bertrange<br>Luxembourg<br>　　　　　Counterclaim Plaintiffs,<br><br>v.<br><br>UNIBOARD CANADA, INC.<br>2540 Daniel-Johnson Blvd, Suite 500<br>LAVAL, Quebec<br>H7T 2S3<br>Canada<br>　　　　　Counterclaim Defendant. | |

-2-

### [PROPOSED] ORDER ON MOTION TO CONSOLIDATE

UPON CONSIDERATION OF Defendant Unilin Beheer B.V.'s Motion to Consolidate,

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED and that this action is consolidated for all purposes with *Pergo Europe (AB) v. Unilin Beheer B.V.*, Civil Action No. 1:08-cv-00659-RCL.

SIGNED this _____ day of _____, 2008.

_____
United States District Judge