**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNIBOARD CANADA, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **UNILIN BEHEER B.V.,** | ) | |
| | ) | |
| **Defendant.** | ) | **Civil Action No. 08-399 (RCL)** |
| | ) | |

**ORDER**

Pursuant to Federal Rule of Civil Procedure 42(a), defendant Unilin Beheer B.V.

("Unilin") has moved [23] to consolidate this case with another case presently before this court,

Civil Action No. 08-659, in which Unilin has also been named a defendant. After considering

the parties' filings and the applicable law, this Court is not persuaded that consolidation would

offer sufficient benefit to outweigh the delay, confusion, and potential prejudice that would also

result. *See Am. Postal Workers Union v. United States Postal Serv.*, 422 F. Supp. 2d 240, 245

(D.D.C. 2006) (Kennedy, J.) (court's discretionary decision whether to consolidate cases requires

weighing potential benefits, such as convenience and economy, against potential costs, including

confusion and prejudice). While these cases do involve some common ground, they each present

distinct legal and factual issues that far outnumber their similarities. In particular, *this* action will

require a jury trial, whereas at this stage, Civil Action No. 08-659 presents no jury triable issues.

Given that defendant is represented by the same counsel in both matters, and plaintiffs in both

matters share the same counsel, the Court is sanguine that complementary discovery schedules

and cooperation among counsel will prevent any duplication of effort.  Hence, it is hereby

ORDERED that defendant's motion to consolidate [23] is DENIED.

SO ORDERED.


Signed by Royce C. Lamberth, Chief Judge, on August 22, 2008.